United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-3245 |
| § | |
| **TRENIESHA NIESHA HOUSTON** § | |
| **AND MARY JOHNSON LARD,** § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] is Plaintiff JPMorgan Chase Bank, N.A.'s ("Chase") Unopposed Application for Attorneys' Fees and Costs pursuant to the Court's October 24, 2025 Order. (ECF No. 26). Based on a review of the motion and relevant law, the Court **RECOMMENDS** Chase's Unopposed Application for Attorneys' Fees and Costs (*id.*) be **GRANTED**.

Should this Memorandum and Recommendation be adopted, the Court **ORDERS** that the Clerk of Court is authorized and directed to draw a check on the $1,059,318.77 of total funds on deposit in the registry of this court in the amount of $18,958.70 as attorneys'/paralegal's fees and $405.00 as costs,

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 8).

for a total sum of $19,363.70 payable to Wright, Close & Barger LLP and mail or deliver check to:

> Wright, Close & Barger LLP
> PO Box 674647
> Dallas, TX 75267-4647

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13.  Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on November 14, 2025.

_____
Richard W. Bennett
United States Magistrate Judge