United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., Plaintiff, § § § | |
| V. § | CIVIL ACTION NO. 4:25cv3245 |
| TRENIESHA NIESHA HOUSTON AND MARY JOHNSON LARD, Defendants. § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 14, 2024 (Dkt. 27) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 12th day of December, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE