United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25cv3245 |
| TRENIESHA NIESHA HOUSTON AND MARY JOHNSON LARD, *Defendants.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 17, 2025 (Dkt. 29) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants Treniesha Niesha Houston and Mary Johnson Lard's Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 7) is **DENIED**.

**SIGNED** at Houston, Texas this  5th  day of January, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE