United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-3245 |
| | § | |
| **TRENIESHA NIESHA HOUSTON AND MARY JOHNSON LARD,** | § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] is Defendants Trenisha Niesha Houston and Mary Johnson Lard's ("Defendants") Amended Motion for Payment of Attorney's Fees and Court Costs from Registry of the Court.[2] (ECF No. 33). Based on a review of the motion and relevant law, the Court **RECOMMENDS** Defendants' Amended Motion (*id.*) be **GRANTED**. The Court further **RECOMMENDS** Defendants Joint Motion for Attorney's Fees (ECF No. 32) be **DENIED AS MOOT**.

Should this Memorandum and Recommendation be adopted, the Court **ORDERS** that the Clerk of Court is authorized and directed to draw a check

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 8).

[2] This motion reflects an agreement between the parties as part of a joint settlement agreement. (*See* ECF No. 33-5 at 5).

on the $1,059,318.77 of total funds on deposit in the registry of this court in the amount of $35,000.00 as attorneys'/paralegal's fees and $1,250.00 as costs, for a total sum of $36,250.00 payable to Wayman L. Prince, Attorney at Law.

The Court further **ORDERS** that payment of the foregoing attorney's fees and court costs to Wayman L. Prince, Attorney at Law shall be made prior to any distribution of remaining funds to Trenisha Niesha Houston.

The Court further **ORDERS** that, following payment of the above-described attorney's fees and costs, the Clerk of Court shall distribute the remaining balance of the registry funds to Trenisha Niesha Houston, subject to any further orders of this Court.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on January 21, 2026.

_____
Richard W. Bennett
United States Magistrate Judge