United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., *Plaintiff*, § § § | |
| V. § § | CIVIL ACTION NO. 4:25cv3245 |
| TRENIESHA NIESHA HOUSTON AND MARY JOHNSON LARD, *Defendants*. § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 21, 2026 (Dkt. 34) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants Trenisha Niesha Houston and Mary Johnson Lard's Amended Motion for Payment of Attorney's Fees and Court Costs from Registry of Court (docket no. 33) is **GRANTED**; the Defendants' Joint Motion for Attorneys Fees (docket no. 32) is **DENIED AS MOOT**.

It is further **ORDERED** that the Clerk of Court is **AUTHORIZED** and **DIRECTED** to draw funds on deposit in the Registry of the Court in the amount of $35,000.00 as attorneys'/paralegal's fees and $1,250.00 as costs, for a **TOTAL of $36,250.00** payable to Wayman L. Prince, Attorney at Law.

It is further **ORDERED** that following payment of the above-described attorney's fees and costs, the Clerk of Court **SHALL** distribute the remaining balance of the Registry Funds to Trenisha Niesha Houston, subject to any further Orders of this Court.

**SIGNED** at Houston, Texas this 17th day of February, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE