United States District Court
Southern District of Texas

**ENTERED**

March 05, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-3245** |
| | § | |
| **TRENIESHA NIESHA HOUSTON** | § | |
| **AND MARY JOHNSON LARD,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND RECOMMENDATION

Based upon the parties' Verified Joint Settlement Agreement, the Court[1]

**RECOMMENDS** the instant case be **DISMISSED WITH PREJUDICE**

subject to the Court retaining jurisdiction for ninety days to enforce the terms

of the parties' settlement agreement, if necessary.[2]

The Clerk shall send copies of this Memorandum and Recommendation

to the respective parties who have fourteen days from the receipt thereof to file

written objections thereto pursuant to Federal Rule of Civil Procedure 72(b)

and General Order 2002-13.  Failure to file written objections within the time

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72.  (ECF No. 8).

[2] The parties' Verified Joint Settlement Agreement can be found at ECF No. 33-5.

period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on March 5, 2026.

_____

Richard W. Bennett
United States Magistrate Judge