United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., *Plaintiff,* | § § § | |
| V. | § § § | CIVIL ACTION NO. 4:25cv3245 |
| TRENIESHA NIESHA HOUSTON AND MARY JOHNSON LARD, *Defendants.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 5, 2026 (Dkt. 36) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the Court retaining jurisdiction for **ninety (90) days** to enforce the terms of the Parties Settlement Agreement, if necessary.

SIGNED at Houston, Texas this **23rd** day of March, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE